UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| RAMONA ROSARIO,<br><br>    Plaintiff,<br><br>v.<br><br>LISA BARRETT,<br><br>    Defendants. | )<br>)<br>)<br>)  05-30019-MAP<br>)<br>)  C.A. NO.<br>)  BBO NO. 552113 (Pino)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL

To:   Barry E. O'Connor, Esq.
       293 Bridge Street, Suite 326
       Springfield, MA 01103

Please take notice that on January 21, 2005, the Defendant in the above-captioned action, Lisa Barrett, filed a **NOTICE OF REMOVAL**, a copy of which is attached hereto, of this action to the United States District Court for the District of Massachusetts, Springfield, MA.

You are further advised that the Defendant, on filing such Notice of Removal in the Clerk's Office of the United States District Court for the District of Massachusetts also filed copies thereof with the Hampden County Superior Court Clerk's Office to effect removal pursuant to 28 USC § 1446(d).

        LISA BARRETT
By her attorney,

_Paul G. Pino_ (signature)

Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI 02893
(401) 827-1250

Dated: January 21, 2005

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 21st day of January, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

        Barry E. O'Connor, Esquire
293 Bridge Street, Suite 326
Springfield, MA 01103

_Paul G. Pino_ (signature)

Paul G. Pino

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RAMONA ROSARIO, )<br>)<br>Plaintiff, )<br>) C.A. NO. 05-30019-MAP<br>v. ) BBO NO. 552113 (Pino)<br>)<br>LISA BARRETT, )<br>)<br>Defendants. )<br>) | |

**DEFENDANT'S CERTIFICATE OF FILING A COPY OF THE
NOTICE OF REMOVAL WITH THE HAMPDEN SUPERIOR COURT**

I, Paul G. Pino, attorney for the Defendant in the above-captioned action, hereby certify that on the 21st day of January, 2005, I caused to be filed a true copy of the foregoing notice, together with a copy of the Notice of Removal mentioned therein, in the Civil Clerk's Office, Hampden Superior Court, 50 State Street, P.O Box 559, Springfield, MA 01102.

LISA BARRETT
By her attorney,

_____
Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI  02893
(401) 827-1250

Dated:  January 21, 2005

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 21st day of January, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

>Barry E. O'Connor, Esquire
>293 Bridge Street, Suite 326
>Springfield, MA 01103

_____
Paul G. Pino