UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| RAMONA ROSARIO, ) | |
| ) | |
| Plaintiff, ) | C.A. NO. 05-30019-MAP |
| ) | BBO NO. 552113 (Pino) |
| v. ) | |
| ) | |
| LISA BARRETT, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Paul G. Pino, Esquire, Law Office of Paul G. Pino, 1350 Division Road, Suite 104, West Warwick, RI 02893, on behalf of the defendant in the above-captioned action, Lisa Barrett.

          LISA BARRETT
          By her attorney,

          _____
          Paul G. Pino
          BBO# 552113
          LAW OFFICE OF PAUL G. PINO
          1350 Division Road, Suite 104
          West Warwick, RI 02893
          (401) 827-1250

Dated: January 21, 2005

## CERTIFICATE OF SERVICE

I, Paul G. Pino, Esquire, hereby certify that on the 21st day of January, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

>Barry E. O'Connor, Esquire
>293 Bridge Street, Suite 326
>Springfield, MA 01103

_____
Paul G. Pino

2