Commonwealth of Massachusetts
HAMPDEN SUPERIOR COURT
Case Summary
Civil Docket

## HDCV2005-00025
### Rosario v Barrett

05CV30019-MAP

| | | | |
|---|---|---|---|
| File Date | 01/07/2005 | Status | Disposed: transfered to other court (dtrans) |
| Status Date | 02/01/2005 | Session | B - Civil B - CtRm 5 |
| Origin | 1 | Case Type | B03 - MV negligence/pers injury/prop dmg |
| Lead Case | | Track | F |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | 04/07/2005 | Answer | 06/06/2005 | Rule12/19/20 | 06/06/2005 |
| Rule 15 | 06/06/2005 | Discovery | 11/03/2005 | Rule 56 | 12/03/2005 |
| Final PTC | 01/02/2006 | Disposition | 03/03/2006 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Ramona Rosario
Active 01/07/2005

**Private Counsel 548570**
Barry E O'Connor
Law Offices of Barry E O'Connor
293 Bridge Street Suite 326
Springfield, MA 01103
Phone: 413-746-0060
Fax: 413-746-0059
Active 01/07/2005 Notify

**Defendant**
Lisa Barrett
Service pending 01/07/2005

**Private Counsel 552113**
Paul G Pino
Pino Law Offices of (Paul G)
1350 jDivision Road
Suite 104
West Warwick, RI 02893
Phone: 401-827-1250
Fax:
Active 02/02/2005 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 01/07/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 01/07/2005 | | Origin 1, Type B03, Track F. |
| 02/01/2005 | 2.0 | Deft's. notice of removal to U.S. District Court. |

### EVENTS

A TRUE COPY
OF THE DOCKET MINUTES:
IN WITNESS WHEREOF, I hereunto
set my hand, and have caused the seal
of the Superior Court for the County
of Hampden to be affixed on this
7th day of February, 2005.

*[signature]*
DEPUTY ASSISTANT Clerk

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts SUPERIOR COURT DEPARTMENT County: Hampden | Docket Number 05- 75 |
|---|---|---|
| PLAINTIFF(S) Ramona Rosario | DEFENDANT(S) Lisa Barrett | HAMPDEN COUNTY SUPERIOR COURT FILED JAN -7 2005 |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE Barry O'Connor, 293 Bridge St. Suite 326 Board of Bar Overseers number: 548570 Springfield, MA 01103 | ATTORNEY (if known) | |

Place an x in one box only:
Origin code and track designation
[x] 1. F01 Original Complaint
[ ] 2. F02 Removal to Sup.Ct. c. 231, s.104 (Before trial) (F)
[ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
[ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
[ ] 5. F05 Reactivated after rescript;relief from judgment/ Order (Mass.R.Civ.P. 60) (X)
[ ] 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence | F | (X) Yes ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................. $.2571.23
2. Total Doctor expenses .............................................. $.1081.00
3. Total chiropractic expenses ........................................ $.2901.00
4. Total physical therapy expenses .................................... $.2119.00
5. Total other expenses (describe) ... Ambulance ....................... $.437.00
   Subtotal $.9129.23
B. Documented lost wages and compensation to date ...................... $.77,616.1
C. Documented property damages to date ................................. $........
D. Reasonably anticipated future medical and hospital expenses ......... $........
E. Reasonably anticipated lost wages ................................... $........
F. Other documented items of damages (describe) ........................ $........
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

Plaintiff was injured in an automobile accident with defendant. She suffered extensive injuries to her legs and left knee. She was unable to walk for a period of time and has remained unable to work.
$........
TOTAL: $86,775.33

CONTRACT CLAIMS
(Attach additional sheets as necessary)
Provide a detailed description of claim(s):

TOTAL  $........

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."
Signature of Attorney of Record

A true copy.

DATE: 1/6/05

A.O.S.C. 2003

Attest:
DEPUTY Assistant Clerk

# CIVIL ACTION COVER SHEET INSTRUCTIONS
## SELECT CATEGORY THAT BEST DESCRIBES YOUR CASE

| | CONTRACT | | | REAL PROPERTY | | | MISCELLANEOUS | |
|---|---|---|---|---|---|---|---|---|
| A01 | Services, labor and materials | (F) | C01 | Land Taking (eminent domain) | (F) | E02 | Appeal from Administrative Agency G L c 30A | (X) |
| A02 | Goods sold and delivered | (F) | C02 | Zoning Appeal, G.L.c.40A | (F) | E03 | Action against Commonwealth /Municipality, G L c.258 | (A) |
| A03 | Commercial Paper | (F) | C03 | Dispute concerning title | (F) | E05 | All Arbitration | (X) |
| A08 | Sale or lease of real estate | (F) | C04 | Foreclosure of Mortgage | (X) | E07 | G.L. c.112,s.12S (Mary Moe) | (X) |
| A12 | Construction Dispute | (A) | C05 | Condominium lien &charges | (X) | E08 | Appointment of Receiver | (X) |
| A99 | Other (Specify) | (F) | C99 | Other (Specify) | (X) | E09 | General Contractor bond, G L c149,s.29,29a | (A) |
| | TORT | | | EQUITABLE REMEDIES | | E11 | Workers' Compensation | (X) |
| B03 | Motor Vehicle Negligence- Personal injury/Property Damage | (F) | D01 | Specific performance of contract | (A) | E12 | G.L.c. 123A,s.12 (SDP Commitment) | (X) |
| B04 | Other negligence- personal injury/property damage | (F) | D02 | Reach and Apply | (F) | E14 | G.L. c. 123A, s. 9 (SDP Petition) | (X) |
| | | | D06 | Contribution or Indemnification | (F) | E15 | Abuse Petition, G L c.209A | (X) |
| B05 | Products Liability | (A) | D07 | Imposition of Trust | (A) | E16 | Auto Surcharge Appeal | (X) |
| B06 | Malpractice-Medical | (A) | D08 | Minority Stockholder's Suit | (A) | E17 | Civil Rights Act,G.L.c.12,s.11H | (A) |
| B07 | Malpractice-Other (Specify) | (A) | D10 | Accounting | (A) | E18 | Foreign Discovery Proceeding | (X) |
| B08 | Wrongful death,G.L.c.229,s.2A | (A) | D12 | Dissolution of Partnership | (F) | E19 | Sex Offender Registry G.L.c. 178M,s.6 | (X) |
| | | | D13 | Declaratory Judgment G.L.c. 231A | (A) | E25 | Pleural Registry (Asbestos cases) | |
| B15 | Defamation (Libel-Slander) | (A) | D99 | Other (Specify) | (F) | E95 | Forfeiture G.L.c. 94C,s.47 | (F) |
| B19 | Asbestos | (A) | | | | E96 | Prisoner Cases | (F) |
| B20 | Personal Injury-Slip&Fall | (F) | | | | E97 | Prisoner Habeas Corpus | (X) |
| B21 | Environmental | (F) | | | | E99 | Other (Specify) | (X) |
| B22 | Employment Discrimination | (F) | | | | | | |
| B99 | Other (Specify) | (F) | | | | | | |

TRANSFER YOUR SELECTION TO THE FACE SHEET.

EXAMPLE:

| CODE NO. | TYPE OF ACTION (SPECIFY) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B03 | Motor Vehicle Negligence-Personal Injury | (F) | [x] Yes [ ] No |

## SUPERIOR COURT RULE 29

**DUTY OF THE PLAINTIFF.** The plaintiff or his/her counsel shall set forth, on the face sheet (or attach additional sheets as necessary), a statement specifying in full and itemized detail the facts upon which the plaintiff then relies as constituting money damages. A copy of such civil action cover sheet, including the statement as to the damages, shall be served on the defendant together with the complaint. If a statement of money damages, **where appropriate is not filed, the Clerk-Magistrate shall transfer the action as provided in Rule 29(5)(C).**

**DUTY OF THE DEFENDANT.** Should the defendant believe the statement of damages filed by the plaintiff in any respect inadequate, he or his counsel may file with the answer a statement specifying in reasonable detail the potential damages which may result should the plaintiff prevail. Such statement, if any, shall be served with the answer.

A CIVIL ACTION COVER SHEET MUST BE FILED WITH EACH COMPLAINT.

FAILURE TO COMPLETE THIS COVER SHEET THOROUGHLY AND ACCURATELY MAY RESULT IN DISMISSAL OF THIS ACTION.

A true copy.

Attest:

_____
Assistant Clerk

COMMONWEALTH OF MASSACHUSETTS

HAMPDEN, ss

SUPERIOR COURT DEPARTMENT
SPRINGFIELD DIVISION
CIVIL ACTION NO: 05-25

RAMONA ROSARIO )
    Plaintiff )
)
v. ) COMPLAINT
)
LISA BARRETT )
    Defendant )
)

HAMPDEN COUNTY
SUPERIOR COURT
**FILED**
JAN -7 2005

CLERK-MAGISTRATE

## PARTIES

1. The plaintiff, Ramona Rosario, is an individual who at all relevant time resided in Springfield, Hampden County, Commonwealth of Massachusetts.

2. The defendant, Lisa Barrett, is an individual who at all relevant resided in the city of Albany, NewYork.

## VENUE

3. Venue is proper under G.L. 223 § 1 as this honorable court sits in the county where plaintiff resides and where the accident that is the basis for this action occurred G.L. c. 223 § 7. The plaintiff also submits a civil action cover sheet stating that her damages exceed $25,000. Super.Ct.R. 29(5).

## COUNT I
(Negligence)

4. On or about February 1, 2002, the plaintiff, Ramona Rosario, was operating a motor vehicle traveling west on Alden Street in Springfield, Hampden County, Commonwealth of Massachusetts.

5. At the same time and place, the defendant, Lisa Barrett, was operating a motor vehicle on Naismith Circle in Springfield, Hampden County, Commonwealth of Massachusetts.

No. of Plffs.
Fee Paid - $
Surcharge Paid - $ 15-
Security Fee - Paid - $ 20-
Received by

6. The defendant, Lisa Barrett, in the course of operating her vehicle came to a stop sign at the intersection of Alden Street and Naismith Circle.

7. The defendant, Lisa Barrett, failing to yield the right of way to the vehicle driven by the plaintiff, Ramona Rosario, negligently operated her vehicle as to cause a collision between the plaintiff's vehicle and the defendant's vehicle.

8. The defendant, Lisa Barrett, was issued a Massachusetts Uniform Citation for failing to yield the right of way.

9. As a result of the negligence of the defendant, Lisa Barrett, the plaintiff, Ramona Rosario, sustained severe physical injury, injury of the mind, incurred expenses for medical care and attendance and experienced a complete loss of earning capacity because of the accident.

WHEREFORE, the plaintiff, Ramona Rosario demands judgment against the defendant, Lisa Barrett, on Count I, plus interest and costs of this action.

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL COUNTS.

PLAINTIFF,
By her attorney,

Dated: January 6, 2005

Barry E O'Connor, Esq
293 Bridge Street, Suite 326
Springfield, MA 01103
(413) 746-0060
BBO# 548570

A true copy.
Attest:
Deputy Assistant Clerk