UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION



|  |  |
|---|---|
| RAMONA ROSARIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LISA BARRETT, | ) |
| | ) |
| Defendants. | ) |

C.A. NO. 05-30019-MAP
BBO NO. 552113 (Pino)

## JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)

The parties in the above-captioned action, Plaintiff Ramona Rosario, and Defendant, Lisa

Barrett, pursuant to Local Rule 16.1(D) and the Court's Notice of Scheduling Conference, submit

the following Pre-Trial Schedule:

1.  Phase 1 Discovery.

    a.    Service of Interrogatories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    3/1/05

    b.    Completion of and service of
        Interrogatory Answers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    5/1/05

    c.    Amendments to pleadings . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    7/1/05

2.  Phase 2 Discovery.

    a.    Completion of depositions . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    7/1/05

    b.    Designation of experts (including medical)

        (1)    Plaintiff . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    8/1/05

        (2)    Defendant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    9/1/05

     c.     Completion of expert depositions
            (Plaintiffs) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   10/1/05

     d.     Completion of expert depositions
            (Defendant) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   11/1/05

     e.     Service of and compliance with Requests
            for Admissions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   11/1/05

3.     Filing of Motions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   12/1/05

4.     Final Pre-Trial Conference . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   1/1/06

THE PLAINTIFF
By her attorney,


_Barry E. O'Connor_
Barry E. O'Connor
BBO# 548570
293 Bridge Street, Suite 326
Springfield, MA  01103
(413) 746-0060

THE DEFENDANT
By her attorney,


_Paul G. Pino_
Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI  02893
(401) 827-1250

Dated:  February 16, 2005

CERTIFICATE OF SERVICE

     I, Paul G. Pino, Esquire, hereby certify that on the 16th day of February, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

                Barry E. O'Connor, Esquire
                293 Bridge Street, Suite 326
                Springfield, MA 01103


                _Paul G. Pino_
                Paul G. Pino