UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| RAMONA ROSARIO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LISA BARRETT, )<br>)<br>Defendants. )<br>) | C.A. NO. 05-30019-MAP<br>BBO NO. 552113 (Pino) |

### DEFENDANT'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(3)

We, the undersigned, pursuant to Local Rule 16.1(3), hereby certify that we have conferred regarding the establishment of a budget for the costs of conducting the full course (and various alternative courses) of this litigation, as well as to consider the resolution of the litigation through the use of alternative dispute resolution programs as set forth in Local Rule 16.4.

LISA BARRETT
By her attorney,

_____
Paul G. Pino
BBO# 552113
LAW OFFICE OF PAUL G. PINO
1350 Division Road, Suite 104
West Warwick, RI 02893
(401) 827-1250

_____
James Bucci
Progressive Casualty Ins. Co.

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

    I, Paul G. Pino, Esquire, hereby certify that on the 16th day of February, 2005, I caused to be served the foregoing document by first class mail, postage prepaid to the following counsel of record:

        Barry E. O'Connor, Esquire
        293 Bridge Street, Suite 326
        Springfield, MA 01103

        _____
        Paul G. Pino