✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RAMONA ROSARIO

**NOTICE**

V.

LISA BARRETT                                    CASE NUMBER:   05-30019-MAP

TYPE OF CASE:

☒ **CIVIL**            **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

SCHEDULING CONFERENCE AND HEARING ON MOTION FOR PROTECTIVE ORDER

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **3/15/05 at 10:00 a.m.** | **March 15, 2005 at 12:15 p.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

March 9, 2005                                    /s/ *Bethaney A. Healy*

DATE                                             (BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD