UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAMONA ROSARIO,              )
       Plaintiff        )
                             )
v.                           )   Civil Action No.  05-30019-MAP
                             )
                             )
LISA BARRETT,                )
       Defendant        )

SCHEDULING ORDER
March 16, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on March 15, 2005:

1. All non-expert discovery shall be completed by July 1, 2005.

2. Counsel shall appear for a case management conference on July 12, 2005, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge