UNITED STATES DISTRICT COURT
Western District of Massachusetts

FILED
IN CLERK'S OFFICE

2005 JUL 11 P 2: 09

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| RAMONA ROSARIO | )<br>)<br>) |
| Plaintiff | )  Civil Action No. 05-30019-MAP<br>) |
| vs. | )<br>)<br>) |
| LISA BARRETT | )<br>) |
| Defendant | )<br>) |

**NOTICE OF APPEARANCE**

Kindly enter my appearance on behalf of the plaintiff, Ramona Rosario in the above-captioned matter.

PLAINTIFFS,
By their attorney,

*Walter Stewart* (signature)
Walter Stewart
Law Offices of Barry E. O'Connor
293 Bridge Street, Suite 326
Springfield, MA 01103
(413) 746-0060
BBO# 544386