UNITED STATES DISTRICT COURT
Western District of Massachusetts

| | |
|---|---|
| RAMONA ROSARIO | )<br>)<br>) |
| Plaintiff | )<br>) Civil Action No. 05-300019-MAP |
| vs. | )<br>)<br>) |
| LISA BARRETT | )<br>)<br>) |
| Defendant | )<br>) |

FILED
IN CLERK'S OFFICE

2005 JUL 11  P 2 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

## NOTICE OF WITHDRAWAL

Please withdraw the appearance of **Barry E. O'Connor** as counsel for the plaintiffs pursuant to Order of the Supreme Judicial Court No. BD- 2005-038. I certify that I have served notice on my client and all other parties and that **Attorney Walter Stewart** of the Law Offices of Barry E. O'Connor files his appearance herewith and is apprised of all matters regarding the case and appears with the full consent of the plaintiffs.

PLAINTIFF,
By her attorney,

_____
Barry E. O'Connor
Law Offices of Barry E. O'Connor
293 Bridge Street, Suite 326
Springfield, MA 01103
(413) 746-0060
BBO# 548570

## CERTIFICATE OF SERVICE

I do hereby certify that on  July 11, 2005, I served copies of the attached documents on Defendant's Counsel of Record, Paul G. Pino, Law Office of Paul G. Pino, 1350 Division Road, West Warwick, RI 02893 and Ramona Rosario, 16 Beaumont Terrace, Springfield, MA 01108 via first class mail, postage prepaid.

Dated: July 11, 2005

_____
WALTER STEWART, ESQ.