UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RAMONA ROSARIO,            )
        Plaintiff      )
                        )
v.                         )   Civil Action No.  05-30019-MAP
                        )
                        )
LISA BARRETT,              )
        Defendant      )

FURTHER SCHEDULING ORDER
July 12, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. All remaining non-expert discovery shall be completed by November 1, 2005.

2. Defendant shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by November 1, 2005.

3. Expert depositions shall be completed by December 2, 2005.

4. Counsel shall appear for a final pretrial conference on December 20, 2005, at 2:30 p.m. in Courtroom One. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(D) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                          /s/ Kenneth P. Neiman
                                          KENNETH P. NEIMAN
                                          U.S. Magistrate Judge

Case 3:05-cv-30019-MAP     Document 18     Filed 07/12/2005     Page 2 of 2