```
           UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS
```

RAMONA ROSARIO,            )
    Plaintiff      )
                          )
    v.                    ) CIVIL ACTION NO. 05-30019-MAP
                          )
LISA BARRETT,              )
    Defendant      )

## FINAL SCHEDULING ORDER

December 21, 2005

PONSOR, D.J.

Counsel for both parties appeared before this court for a final pretrial conference on December 20, 2005. Based on counsel's representations, the court orders as follows:

1. Trial in this matter will commence on March 13, 2006 at 10:00 a.m. Counsel will appear for a brief conference that day at 9:00 a.m. prior to the commencement of jury selection.

2. Motions in limine, proposed voir dire questions and proposed jury instructions will be filed no later than March 6, 2006.

3. Plaintiff will convey a demand to Defendant on or before January 20, 2006, and Defendant will respond on or before February 3, 2006.

4. Counsel for the plaintiff is ordered to report to this court no later than February 13, 2006 regarding the status of settlement discussions. If counsel wish, the court will assist in mediating the case thereafter.

It is So Ordered.

                                 /s/ Michael A. Ponsor
                                 MICHAEL A. PONSOR
                                 United States District Judge